AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

| | |
|---|---|
| **WEE CARE CHILD CARE CENTER, INC., ET AL.,**<br>　　　　Plaintiffs,<br><br>vs.<br><br>**OHIO DEPARTMENT OF JOBS, AND FAMILY SERVICES, ET AL.,**<br>　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. C2-08-193**<br>**JUDGE EDMUND A. SARGUS, JR.**<br>**MAGISTRATE JUDGE MARK R. ABEL** |

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed January 23, 2009, JUDGMENT is hereby entered in favor of Defendants. This case is DISMISSED.**

Date: January 23, 2009　　　　　　　　　　　JAMES BONINI, CLERK


　　　　　　　　　　　　　　　　　　　　　　　/S/ Andy F. Quisumbing
　　　　　　　　　　　　　　　　　　　　　　　(By) Andy F. Quisumbing
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk